

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8141

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>Hector Hugo GONZALEZ Jr.,<br><br>                              Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about February 14, 2008, within the Southern District of California, defendant Hector Hugo GONZALEZ Jr. did knowingly and intentionally import approximately 38.22 kilograms (84.08 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Lonnie Brasby, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15TH DAY OF FEBRUARY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Hector Hugo GONZALEZ Jr.

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Lonnie Brasby.

On February 14, 2008, at approximately 1901 hours, Hector Hugo GONZALEZ Jr. entered the United States at the Calexico, CA, West Port of Entry. GONZALEZ Jr. was the sole occupant and registered owner of a 1997 Ford Expedition.

At primary inspection, GONZALEZ Jr. identified himself as a United States (US) citizen with his US passport. GONZALEZ Jr. gave a negative Customs declaration to Customs and Border Protection Primary Officer (CBPO) F. Lopez. During questioning, GONZALEZ Jr. advised CBPO F. Lopez that he had been in Mexicali, Mexico observing wedding preparations. GONZALEZ Jr. then advised CBPO F. Lopez that he did not know where he lived at the moment. While inspecting the vehicle, CBPO F. Lopez noticed that GONZALEZ Jr. was looking around nervously. During this time, CBP Canine Enforcement Officer (CEO) E. Leon approached CBPO F. Lopez' lane with his assigned Narcotic Detector Dog (NDD). After inspecting the vehicle, CEO E. Leon informed CBPO F. Lopez of his NDD's alert to the vehicle. GONZALEZ Jr. was then escorted to the vehicle secondary office.

In the vehicle secondary lot, a subsequent inspection of the vehicle revealed thirty (30) packages, which were discovered in a compartment located in the spare tire and center console. One of the packages was probed and field-tested positive for cocaine. The 30 packages had a combined net weight of approximately 38.22 kilograms (84.08 pounds) of cocaine.

GONZALEZ Jr. was arrested for importation of cocaine into the United States.