JOHN F. KELLY
Attorney at Law # 163883
406 Ninth Avenue, #303
San Diego, California 92101
Tel: (619) 231-3097

Attorney for Defendant
HECTOR HUGO GONZALEZ, JR.

FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HECTOR HUGO GONZALEZ, JR., <br><br> Defendant. | Case No.: 08-mj-8141 <br><br> SUBSTITUTION OF ATTORNEY |

Defendant, HECTOR HUGO GONZALEZ, JR., hereby substitutes JOHN F. KELLY as his attorney of record in the above matter as his counsel of record in place of Knut S. Johnson.

Dated: 2/21/08

x _____
Hector Hugo Gonzalez, Jr.

Dated: 2/21/08

_____
John F. Kelly
Attorney for Defendant

I consent to the above substitution
Dated: 2/28/08

_____
Knut S. Johnson
Attorney at Law

- 1 -